THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND D. STRATOR, Appellant, v. WILLIAM H. HUNT, as Warden of Attica Prison, and THE PEOPLE OF THE STATE OF NEW YORK, Respondents.— Order affirmed, without costs. Memorandum: We find no error of law or fact in this proceeding as the record presents it to us. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Petition of GUSSIE A. GEORGE and Others, as Executrices, etc., for a Determination as to the Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of JOHN F. KEARNEY, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Appraisal of the Estate of HUBERT P. VAN WAGENEN, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Memorandum: The order appealed from is a final order and application for leave to appeal to the Court of Appeals may be made to the Court of Appeals. We feel precluded by the decision of the Court of Appeals in *Matter of Sandford* (277 N. Y. 323). If there is to be any change from the ruling of that authority it should be made by the Court of Appeals, and we, therefore, believe that the Court of Appeals should determine whether a further appeal in this proceeding should be allowed. Present — Crosby, Lewis, Cunningham and Taylor, JJ. [See 170 Misc. 820; affd., *ante*, p. 846.]

In the Matter of the Application of FRANK JOYCE, Respondent, v. HENRY E. BRUCKMAN, Chairman, and Others, Individually and as Members Constituting the State Liquor Authority of the State of New York, Appellants.— Motion for reargument denied. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Appointment of EXAMINING BOARD TO INVESTIGATE THE OPERATION OF THE JURY SYSTEM IN THE COUNTY OF ERIE Pursuant to the Provisions of Section 9 of Chapter 369 of the Laws of 1895.— Examining board appointed as follows: Thomas C. Burke, Esq., chairman; Robert J. Lansdowne, Esq., and Manly Fleischmann, Esq. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.